UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HARRISON DIVISION

UNITED STATES OF AMERICA                                    PLAINTIFF

v.                              CASE NO. 3:21-CR-30008-001

MICHAEL CODY EVERETT                                        DEFENDANT

## ORDER

The Court ADOPTS the report and recommendation (Doc. 21) entered in this case and accepts Defendant's plea of guilty to Count 3 of the indictment. The Defendant is hereby adjudged GUILTY of the offense.

IT IS SO ORDERED this 26th day of August, 2021.

/s/ P. K. Holmes, III
P.K. HOLMES III
U.S. DISTRICT JUDGE